IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HBAC MATCHMAKER MEDIA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 13-437 (SLR) (SRF) ) |
| VIACOM INTERNATIONAL INC., | ) ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Viacom International Inc.'s Objections and Responses to Plaintiff HBAC Matchmaker Media, Inc.'s Third Set of Interrogatories (No. 3-14)* were caused to be served on November 26, 2014, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                                        VIA ELECTRONIC MAIL
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
Sarah E. Bussiere, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

Eric J. Carsten, Esquire                                                                         VIA ELECTRONIC MAIL
Marc A. Fenster, Esquire
Jean Y. Rhee, Esquire
Brian D. Ledahl, Esquire
RUSS, AUGUST, KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
*Attorneys for Plaintiff*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Rodger D. Smith II* |
|  | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com |
|  | *Attorneys for Defendant*<br>*Viacom International Inc.* |
| OF COUNSEL:<br><br>Edward R. Reines<br>Jill J. Schmidt<br>Andrew L. Perito<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000<br><br>November 26, 2014<br>7140928.1 |  |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 26, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>Sarah E. Bussiere, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Eric J. Carsten, Esquire<br>Marc A. Fenster, Esquire<br>Jean Y. Rhee, Esquire<br>Brian D. Ledahl, Esquire<br>RUSS, AUGUST, KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)